**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01286-CV

**IN RE KENNETH LEO BUHOLTZ, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51173-2010**

## ORDER

Based on the Court's order of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** relator to bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
         JUSTICE